UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE COLEMAN,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  15-cv-02771-DMR<br><br>**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Plaintiff has filed an application to proceed *in forma pauperis*. [Docket No. 2.] However, the application is incomplete. Plaintiff shall submit a complete application[1] by **July 10, 2015.** Failure to do so may result in denial of Plaintiff's *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
Donna M. Ryu
United States Magistrate Judge

---

[1] Application forms for applications to proceed *in forma pauperis* may be found at http://www.cand.uscourts.gov/filelibrary/15/Application%20to%20Proceed%20In%20Forma%20Pauperisnon-prisoner.pdf.