United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 15-cv-02771-DMR<br><br>**JUDGMENT** |

On September 12, 2016, the court granted Plaintiff's motion for summary judgment and remanded the case for the payment of benefits. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 12, 2016

_____
Donna M. Ryu
United States Magistrate Judge